**Stephen WASHINGTON, Plaintiff—Appellant,**

v.

**THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES; MCI–H; Warden Sacchet; G. Smith, Case Manager; Frank C. Sizer, Jr., Commissioner of Corrections, Defendants—Appellees.**

No. 05–1749.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Jan. 30, 2006.

Stephen Washington, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Stephen Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Washington v. Dep't of Pub. Safety & Corr. Servs.,* No. CA–04–2951–1–CCP (D.Md. May 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*